

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00027-CR

**JIMMY DARRELL CRAIG, JR.,**

                                              **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                              **Appellee**

---

**From the 220th District Court**
**Hamilton County, Texas**
**Trial Court No. CR07994**

---

## MEMORANDUM  OPINION

---

Appellant filed what appeared to be a pro se interlocutory notice of appeal of the trial court's denial of his motion for bond reduction.  The Clerk of the Court notified Appellant that this case was subject to dismissal for want of jurisdiction and that the Court might dismiss his appeal unless he showed grounds for continuing it.  Appellant did not respond to the Clerk's letter.

This Court lacks jurisdiction over a trial court's denial of a motion for bond reduction when the appeal is not from the trial court's denial of a pretrial application

for writ of habeas corpus in which the appellant sought bond reduction. *See Benford v. State*, 994 S.W.2d 404, 409 (Tex. App.—Waco 1999, no pet.); *see also Sanchez v. State*, 340 S.W.3d 848, 849 (Tex. App.—San Antonio 2011, no pet.). Accordingly, this appeal is dismissed for want of jurisdiction.



REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 26, 2015
Do not publish
[CR25]

